IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ELI D MARTINEZ,**

      **PLAINTIFF,**

vs.                                                Case No. 21-CV-796-SMV

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,**

      **DEFENDANT.**

### AGREED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE BRIEFS

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Briefs (Doc. # 18), and Defendant having no objection, the Court being fully advised FINDS that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand shall be filed no later than **3/2/22**, Defendant's Response shall be filed no later than **5/2/22** and Plaintiff may file a Reply and shall file a Notice of Completion of Briefing no later than **5/9/22**.

IT IS SO ORDERED.

_____
The Honorable Stephan M. Vidmar
United States Magistrate Judge

SUBMITTED BY:

*/s/ Feliz M. Martone*
Feliz M. Martone
MARTONE LAW FIRM
Attorneys for Plaintiff
111 Lomas Blvd. NW, Suite 400
Albuquerque, New Mexico   87102
Telephone: (505) 883-1260

APPROVED BY:

*Email approval February 2, 2022*
M. Thayne Warner
Attorney for Defendant