**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**ELI D MARTINEZ**

        **Plaintiff,**

**vs.**                                                    **No. 21-CV-796-SMV**

**KILOLO KIJAKAZI,
Acting Commissioner of Social Security Administration,**

        **Defendant.**

**STIPULATED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO
EXTEND TIME TO FILE REPLY/NOTICE OF COMPLETION OF BRIEFING**

This matter having come before the Court upon Plaintiff's Unopposed Motion for an Extension of Time to File Reply/Notice of Completion of Briefing, and the Court finds that the Motion should be granted.

It is therefore ordered that Plaintiff shall file his Reply/Notice of Completion of Briefing no later than May 26, 2022.

Dated this 19th day of May, 2022.

                                                                                            _____
                                                                                            The Honorable Stephan M. Vidmar
                                                                                                  United States Magistrate Judge

Respectfully submitted,

s/ Feliz M. Martone
Feliz M. Martone
Attorney for Plaintiff

Approved:

Electronic approval 5/11/22
M. Thayne Warner
Attorney for Defendant